IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGITUDE INNOVATIONS LLC<br>　　　　Plaintiff,<br>　　v.<br>SONY CORPORATION, ET AL.,<br>　　　　Defendants. | CIVIL ACTION NO. 1:11−CV−01198−LPS |

**STIPULATION OF DISMISSAL**

Plaintiff Digitude Innovations, LLC ("Digitude") and Defendants Sony Corporation, Sony Corporation of America, Sony Electronics Inc., Sony Ericsson Mobile Communications AB (now known as Sony Mobile Communications AB), and Sony Ericsson Mobile Communications (USA) Inc. (now known as Sony Mobile Communications (USA) Inc.) (collectively "Sony"), through their undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action is dismissed with prejudice with each party to bear its own costs.

Dated: May 8, 2012

| | |
|---|---|
| /s/ Edmond D. Johnson | /s/ Rodger Dallery Smith, II |
| Edmond D. Johnson (Del. Bar No. 2257)<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, Delaware 19899-1709<br>(302) 777-6500<br>johnsone@pepperlaw.com<br><br>*Attorneys for Plaintiffs*<br>*Digitude Innovations LLC* | Rodger Dallery Smith, II (No. 3778)<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>(302) 351-9205<br>rsmith@mnat.com<br><br>*Attorneys for Sony Corporation, Sony Corporation of America, Sony Electronics Inc., Sony Ericsson Mobile Communications AB (now known as Sony Mobile Communications AB), and Sony Ericsson Mobile Communications (USA) Inc. (now known as Sony Mobile Communications (USA) Inc.)* |